**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | |
|---|---|
| Zurich American Insurance Company, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> Paul J. Mirando, Slash Six Leasing, LLC, ) <br> Gene Harris, and United Financial Casualty ) <br> Company, ) <br> ) <br> Defendants. ) | **ORDER ADOPTING STIPULATION** <br><br><br><br><br><br> Case No. 4:15-cv-015 |

Before the court is a Stipulation between plaintiff Zurich American Insurance Company and defendant United Financial Casualty Company filed March 4, 2015. The court **ADOPTS** the stipulation (Docket No. 11) and **ORDERS** that defendant United Financial Casualty Company shall have until April 7, 2015 to file an answer or otherwise respond to plaintiff's complaint.

Dated this 5th day of March, 2015.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court